# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2013

No. 12-40707

Lyle W. Cayce
Clerk

FARHAT KAZMI; IQBAL KAZMI,

Plaintiffs – Appellants

v.

BAC HOME LOANS SERVICING, L.P.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Defendants – Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4-11-CV-375

Before JOLLY, GARZA, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.